**UNITED STATES of America,**
**Plaintiff–Appellee**

**v.**

**Charles RICKMON, also known as Butter Rickmon, Defendant–Appellant.**

**No. 12–30472**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

June 18, 2013.

Theodore R. Carter, III, Assistant U.S. Attorney, Carol Loupe Michel, Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Charles Rickmon, Wildwood, FL, pro se.

Before JONES, OWEN, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Charles Rickmon has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Rickmon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the case presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.